844

No. 60, Misc. POLK v. TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 61, Misc. SHOTKIN v. BLACK, DISTRICT COURT JUDGE, ET AL. Supreme Court of Colorado. Certiorari denied.

No. 62, Misc. TIMMONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Ed Dupree, A. M. Edwards* and *Nathan Siegel* for the United States.

No. 63, Misc. KERSHNER v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 65, Misc. BARBEE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 66, Misc. SUPERO v. ILLINOIS. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 67, Misc. GUSIK v. SCHILDER, WARDEN. C. A. 6th Cir. Certiorari denied. *Morris Morgenstern, Bernard B. Direnfeld, Leo Chimo, Francis Picklow, Marvin L. Shaw* and *Cedric Griffith* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 68, Misc. LASALLE v. CARTY, WARDEN. Supreme Court of New Jersey. Certiorari denied.

No. 71, Misc. PACKWOOD v. BRIGGS & STRATTON CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Thomas Cooch*

and *John E. Hubbell* for petitioner. *Ira Milton Jones* and *Arthur G. Connolly* for respondents. 

No. 73, Misc. STEWART *v.* ALVIS, WARDEN. Supreme Court of Ohio. Certiorari denied. *George Bailes* and *Myron S. Rudd* for petitioner. 

No. 74, Misc. BOLDEN *v.* DEPARTMENT OF PUBLIC SAFETY ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 79, Misc. MATVEYCHUK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for the United States. 

No. 80, Misc. CAREY *v.* KEEPER OF THE MONTGOMERY COUNTY PRISON. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. 

No. 81, Misc. MADDRON *v.* INDIANA ET AL. Superior Court of St. Joseph County, Indiana. Certiorari denied.

No. 82, Misc. PODOLSKI *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. 

No. 83, Misc. PONCE *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 84, Misc. GERMANY *v.* HUDSPETH, WARDEN, ET AL. Supreme Court of Kansas. Certiorari denied.